## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JASON SANDERS**                                                                                        **PETITIONER**
*ADC #156550*

**V.**                               **CASE NO. 4:22-cv-01240-JM-JTK**

**STATE OF ARKANSAS,**
**DOE**                                                                                                  **RESPONDENT**

### ORDER

Petitioner has filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1) He has not filed a motion to proceed *in forma pauperis* or paid the $5.00 statutory filing fee. If he wishes to pursue this case, Petitioner must file a request to proceed *in forma pauperis*, along with a certificate that complies with the requirements in 28 U.S.C. § 1915(a)(2) or pay the $5.00 filing fee within 30 days of this order. Failure to comply with this order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

The Clerk of Court is hereby directed to immediately forward to Petitioner an *in forma pauperis* application.

Additionally, Mr. Sanders has failed to name a Respondent. A petition for a writ of habeas corpus "shall name the person who has custody over the [petitioner]" as the Respondent. 28 U.S.C. § 2242. If Mr. Phillips wishes to proceed with this habeas action, he must file an amended petition naming his current custodian, Dexter Payne, Director of the Arkansas Division of Correction, as the Respondent.

SO ORDERED this 6th day of March, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE